UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Baymont Franchise Systems, Inc., a Delaware Corporation,<br><br>          Plaintiff,<br><br>   v.<br><br><br><br>Royal Coachman Enterprise, Inc., a Washington Corporation; Tom H. Kim, an individual; and Young Kim, an individual,<br><br>          Defendants. | Civil Action No. 13-2852    (KSH)<br><br><br><br>**<u>ORDER</u>** |

**THIS MATTER** having come before the Court by plaintiff, Baymount Franchise Systems, Inc., by its attorneys, LeClairRyan, by the filing of a motion seeking final judgment by default(D.E.11) against defendants Royal Coachman Enterprise, Inc., Tom H. Kim and Young Kim, and no opposition having been filed; and good cause appearing,

It is on this 7th day of March, 2014,

**ORDERED** that plaintiff's motion for final judgment by default (D.E.11) is granted.

/s/Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge